# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
              Appellant,
       vs.
CAPUCINE YOLANDA HOLMES,
              Respondent.

No. 79976

**FILED**

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an oral decision made on October 29, 2019. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The district court's oral decision is not effective and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). To date, it does not appear that the district court has entered a written order memorializing its decision. Moreover, to the extent the district court's decision denies a motion for reconsideration, an order denying a motion for reconsideration is not substantively appealable. *See Alvis v. State, Gaming Control Bd.*, 99 Nev. 184, 186, 660 P.2d 980, 981 (1983) (holding that an order denying rehearing is not appealable), *disapproved of on other grounds by AA Primo*

*Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____ Pickering _____ , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                                          Cadish


cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
       Wilbert Roy Holmes
       Heaton Fontano, Ltd.
       Eighth District Court Clerk

---

[1]Given this order, the motion to dismiss this appeal is moot and this court takes no action on it.